**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE THE EXTRADITION OF: | No. 04-6049M-DKD |
| JEAN SUCCAR KURI | |
| A Fugitive from the Government of Mexico. | **ORDER** |

This Order addresses the status of Government Exhibits Q, R, S, T and U which the Government represents were lodged on or about July 19, 2005 (*see* Motion to Seal Exhibits Q, R, S, T, & U (Docket # 98)). In preparing its Order on extradition the Court determined that Exhibits Q, R, S, T and U (which apparently included 10 video tapes) were not contained within the Court file or among the lodged matters pending filing. The Clerk has reported to the Court that it has conducted a thorough investigation during the last week but has been unable to locate these documents. The July-August 2005 time frame was noteworthy for it was during this period that this Court converted to Electronic Case Filing.

The Court further notes that these proposed exhibits were served on Respondent who had an opportunity to respond to the matters raised therein. Further, the Government represents that some of the contents of these exhibits are duplicates of material previously submitted to the Court (*see* Government's July 19, 2005 Notice of Filing Supplemental Evidence). Notwithstanding that the Court has issued its decision on the pending extradition requests, the record should be complete. Accordingly, the Court will direct the parties to confer about how

1 best to address the circumstance of the missing materials and submit a joint report to the Court
2 no later than May 24, 2006.
3       DATED this 16th day of May, 2006.

_____
David K. Duncan
United States Magistrate Judge