**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE THE EXTRADITION OF:<br><br>JEAN SUCCAR KURI<br><br>A Fugitive from the Government of Mexico. | No. 04-6049M-DKD<br><br>**ORDER** |

In light of the Court's consideration of the matters submitted,

**IT IS ORDERED** as follows:

1. Motion to File Overlong Pleading (Doc. #60), granted.

2. Motion for Miscellaneous Relief (Doc. #71), granted.

3. Motion to Seal (Doc. #77), granted.

4. Motion to Seal (Doc. #78), granted.

5. Motion to Strike (Doc. #79), denied as moot.

6. Motion to Strike (Doc. #81), denied as moot.

7. Motion to Seal Documents (Doc. #98), granted.

8. Respondent's Request for Deferral of Ruling on the Extradition Request of Mexico (Doc. #102), denied as moot.

DATED this 17th day of May, 2006.

David K. Duncan
United States Magistrate Judge