WO

```
                    FILED          LODGED
                    RECEIVED       COPY

                    MAY 24 2006

                    CLERK U S DISTRICT COURT
                    DISTRICT OF ARIZONA
                BY                      DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE THE EXTRADITION OF: )<br>)<br>JEAN SUCCAR KURI, )<br>)<br>A Fugitive from the Government of )<br>Mexico. )<br>) | No. 04-6049M-DKD<br><br>ORDER |

    The Court received an ex parte letter dated May 18, 2006 (attached), from counsel for Respondent which requests the Court's "assistance in obtaining permission for a reporter from the Mexican television network, Televisa, to have access to Mr. Succar at CCA." The Court will not entertain ex parte letter requests. Requests for Court action are properly presented as motions filed and served in accordance with the Rules of Procedure and the Local Rules.

    DATED this 24th day of May, 2006.

_____
David K. Duncan
United States Magistrate Judge

NORMAN T. SELTZER
ROBERT CAPLAN
GERALD L. MCMAHON
REGINALD A. VITEK
DAVID J. DORNE
JAMES R. DAWE
BRIAN T. SELTZER
ELIZABETH A. SMITH-CHAVEZ
JOYCE A. MCCOY
DENNIS J. WICKHAM
JOHN H. ALSPAUGH
JAMES P. DELPHEY
ELINOR T. MERIDETH
MICHAEL G. NARDI
THOMAS F. STEINKE
NEAL P. PANISH
SEAN T. HARGADEN
DAVID J. ZUBKOFF
CHARLES L. GOLDBERG
PATRICK Q. HALL
MICHAEL A. LEONE
DANIEL A. ANDRIST
J. SCOTT SCHEPER
LEE E. HEJMANOWSKI
DANIEL E. EATON
MONTY A. McINTYRE
VICTOR A. VILAPLANA
GREGORY A. VEGA
HOWARD J. BARNHORST II
PAUL R. DATNOW
JACK R. LEER
AMANDA L. HARRIS
MARNIE S. SKEEN
DAVID M. GREELEY
CHARLES B. WITHAM
RHONDA K. CRANDALL
SCOTT A. MILLER
ROBERT (ROBIN) M. TRAYLOR
LINDA PAPST de LEON
JOSEPH P. MARTINEZ
RICHARD A. CLEGG
G. SCOTT WILLIAMS
ANDREW D. BROOKS
JEFFREY B. HARRIS
MATTHEW M. MAHONEY
CHRISTINE M. LA PINTA
DANIEL W. ABBOTT
ANGELA A. BASSETT
ALLISON C. SHANAHAN
ERIK L. SCHRANER
JASON P. SWEENEY
JASON M. SANTANA
CLARICE A. ESTRADA
CHRISTOPHER L. LUDMER
NICHOLAS S. BARNHORST
CHAD M. HARRIS
CYNTHIA MORGAN
MICHAEL B. LEES
JUSTINE M. PHILLIPS
HOPE N. CHAU
J. KEVIN MANN¹
TRACY A. WARREN

OF COUNSEL
M. CHRISTINE TENNISON

¹ADMITTED IN TEXAS ONLY

SELTZER | CAPLAN | McMAHON | VITEK
A LAW CORPORATION

www.scmv.com
619.685.3003
619.685.3100 FAX

2100 SYMPHONY TOWERS
750 B STREET
SAN DIEGO, CALIFORNIA 92101

PATRICK Q. HALL, ESQ.
hall@scmv.com
619.685.3066
619.297.1150 FAX

May 18, 2006

RECEIVED
MAY 23 2006
DAVID K. DUNCAN

**VIA FACSIMILE AND U.S. MAIL**

Hon. David K. Duncan
United States Magistrate Judge
Sandra Day O'Connor U.S. Courthouse, Suite 325
401 West Washington Street, SPC 14
Phoenix, Arizona 85003-2118

RE: U.S. v. Jean Succar Kuri
Case No. 04-M-6049

Dear Magistrate Judge Duncan:

I am requesting your assistance in obtaining permission for a reporter from the Mexican television network, Televisa, to have access to Mr. Succar at CCA. Specifically, Mr. Carlos Loret de Mola Alvarez and a television crew are seeking admission into CCA Florence to interview Mr. Succar for broadcast at a later date. We contacted Mr. Sam Cody of the United States Marshal Service, who indicated to us that your consent is required pursuant to the United States Marshal Service Media Policy, section 1.2. Obviously, Mr. Succar has consented to the interview.

Thank you very much for your anticipated cooperation with these requests.

Very truly yours,

Patrick Q. Hall
Seltzer Caplan McMahon Vitek
A Law Corporation