**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE THE EXTRADITION OF:<br><br>JEAN SUCCAR KURI,<br><br>A Fugitive from the Government of Mexico. | No. 04-6049M-DKD<br><br>**ORDER** |

     Pending before the Court is the government's Motion to Allow the Removal of a Disk for Duplication (Doc. #97), filed July 19, 2005.  Upon the Court's consideration,

     **IT IS HEREBY ORDERED** denying the government's Motion to Allow the Removal of a Disk for Duplication (Doc. #97), as moot.

     DATED this 31st day of May, 2006.

_____
David K. Duncan
United States Magistrate Judge