WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE THE EXTRADITION OF: | No. 04-6049M-DKD |
| JEAN SUCCAR KURI | **ORDER** |
| A Fugitive from the Government of Mexico. | |

On May 16, 2006, the Court issued an Order (Doc. #135) directing the parties to confer and to advise the Court as to the missing materials. On May 19, 2006, the parties submitted a Joint Report Regarding Filing of Supplemental Evidence (Doc. #161) indicating that the Government would copy all the missing exhibits and submit them for filing to the Court. On June 14, 2006, the Government submitted a Notice of Filing Exhibits Q, R, S, T, and U, and ten (10) Video Tapes. Upon the Court's review of the documents submitted,

**IT IS HEREBY ORDERED** admitting the documents submitted on June 14, 2006.

**IT IS FURTHER ORDERED** that the Clerk of the Court transmit this matter along with a certified copy of this Court's Corrected Findings of Fact and Conclusions of Law and Certification of Extraditability filed this date *nunc pro tunc* to May 16, 2006.

DATED this 14th day of June, 2006.

David K. Duncan
United States Magistrate Judge